**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ANTIMIE, MIRCEA and<br>ANTIMIE, VIORICA C.,<br><br>          Debtors. | Case No. 2-07-BK-03998-GBN<br><br>Chapter 7<br><br>**APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 301 | 11/9/09 | Mircea Antimie<br>Viorica C. Antimie<br>30061 N. 70th Dr.<br>Peoria, AZ 85383-3048 | $0.22 |

Dated this 10th day of February, 2010.

                                          /s/ David M. Reaves
                                          David M. Reaves, Chapter 7 Trustee